**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIMOTHY LEROY WILLIAMS,  )
        Plaintiff,  )
        v.  )    2:16-cv-00022-JAD-VCF
STATE OF NEVADA et al.,  )
        Defendants.  )    **ORDER**
_____  )

**I.   DISCUSSION**

The Court construes Plaintiff's letter as a motion to extend time to file a fully complete application to proceed *in forma pauperis*. (ECF No. 5). In the letter, Plaintiff states that he was "under the impression" that he could file one application to proceed *in forma pauperis* for both his civil rights case and his habeas corpus petition. (*Id.* at 1-2). Plaintiff states that, if this is incorrect, he seeks an extension of time to satisfy the requirement. (*Id.* at 2).

Plaintiff must file an application to proceed *in forma pauperis* or pay the full filing fee for each case that he seeks to open. As such, the Court grants Plaintiff's motion for an extension of time to file a fully complete application to proceed *in forma pauperis*.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Court construes Plaintiff's letter (ECF No. 5) as a motion for an extension of time and grants the motion.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that **on or before Friday, August 12, 2016**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form

with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This __12th__ day of July, 2016.

_____
United States Magistrate Judge